# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1223**                                **September Term, 2022**

FCC-12/13/22 Letter

Filed On: August 21, 2023 [2013317]

Indian Peak Properties LLC,

       Petitioner

       v.

Federal Communications Commission and
United States of America,

       Respondents

**O R D E R**

The petition for review in this case was filed and docketed on August 18, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 20, 2023 |
| Docketing Statement Form | September 20, 2023 |
| Procedural Motions, if any | September 20, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 20, 2023 |
| Statement of Issues to be Raised | September 20, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | September 20, 2023 |
| Dispositive Motions, if any | October 5, 2023 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1223**                                                              September Term, 2022

| | |
|---|---:|
| Entry of Appearance Form | September 20, 2023 |
| Procedural Motions, if any | September 20, 2023 |
| Certified Index to the Record | October 5, 2023 |
| Dispositive Motions, if any | October 5, 2023 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Tatiana A. Magruder
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases